■ MANUEL RIVERA et al., Respondents, v CAROL REVZIN, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed as moot without costs (see, Rivera v Revzin, 163 AD2d 896 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Joslin, J.—renewal/reargument.) Present—Dillon, P. J., Callahan, Green, Balio and Lowery, JJ.